IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 96-10592
Summary Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RANDY DALE WARREN,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:91-CR-339-P
- - - - - - - - - -
January 20, 1997

Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

Randy Dale Warren appeals the district court's decision to revoke his supervised release and his sentence. Warren contends that the district court denied him the right to confront and cross-examine an adverse witness at his revocation hearing.

The district court did not abuse its discretion in revoking Warren's supervised release. United States v. McCormick, 54 F.3d 214, 219 (5th Cir.), cert. denied, 116 S. Ct. 264 (1995). The

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

record supports the district court's implicit finding that good cause existed to admit the evidence without allowing Warren the opportunity to confront and cross-examine the witness.  United States v. Grandlund, 71 F.3d 507, 510 (5th Cir. 1995), cert. denied, 116 S. Ct. 1031 (1996).  Any error in the district court's evidentiary ruling was harmless.  Kotteakos v. United States, 328 U.S. 750, 765 (1946).

AFFIRMED.